*MADE JS-6*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TOPAZ SYSTEMS, INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>RM EDUCATION, INC., a Massachusetts corporation, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. CV 11-10246-GW(AJWx)<br><br>**PERMANENT INJUNCTION** |

The Court, having considered the request of Plaintiff Topaz Systems, Inc. for entry of a permanent injunction against defendant RM Education, Inc., finds that the plaintiff and the defendant have entered into a settlement agreement pursuant to which the defendant has consented to the entry of a default judgment against it.

1     For the foregoing reasons, the Court finds that the request of plaintiff Topaz Systems, Inc. for entry of a permanent injunction against defendant RM Education, Inc. should be GRANTED.

2     Therefore, IT IS HEREBY ORDERED THAT judgment should be, and it hereby is, entered in favor of Plaintiff Topaz Systems, Inc. and against defendant RM Education, Inc. on the first claim for trademark infringement under 15 U.S.C. § 1114(1) as follows:

1.  Pursuant to 15 U.S.C. § 1116, subsections (a) and (d), Defendant RM Education, Inc., a Massachusetts corporation, together with all of its officers, directors, principals, agents, servants, employees, successors and assigns, and all those acting in concert or participation with them, are hereby permanently enjoined from:

   a. Using as a trade name in connection with the advertising, promotion, offer for sale, sale or provision of services any name that includes the term EPAD or any colorable imitation of that term;
   b. Using the mark EPAD or any colorable imitation of that term as a source identifier in connection with the advertising, promotion, sale, offer for sale or provision of any services associated with computer hardware and/or of any related services;
   c. Using the mark EPAD or any colorable imitation of that term in such a manner as would be likely to mislead the trade or public or individual members thereof, into believing that the products or services of Defendant RM Education, Inc. are associated or are connected with Plaintiff Topaz Systems, Inc.

///
///
///

2. Each party shall bear its own fees and costs incurred in connection with this proceeding.

Dated: April 24, 2012           _____

                             GEORGE H. WU, U. S. District Judge

Submitted By:

Jeffrey G. Sheldon (State Bar No. 67516)
Douglas H. Morseburg (State Bar No. 126205)
SHELDON MAK & ANDERSON PC
100 Corson Street, Third Floor
Pasadena, California 91103-3842
Telephone: 626.796.4000
Facsimile: 626.795.6321
E-Mail: douglas.morseburg@usip.com

Attorneys for Plaintiff
Topaz Systems, Inc.